UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael A. Bacon,<br><br>  Plaintiff<br><br>v.<br><br>Core Civic, et al.,<br><br>  Defendants | Case No.: 2:20-cv-00914-JAD-VCF<br><br>**Order Denying Motions**<br><br>ECF Nos. 8, 9 |

In light of the Court's June 10, 2020, dismissal of all claims in this action with limited leave to amend, IT IS HEREBY ORDERED that the Motion for Expedited Review and Motion to Supplement the Record, received on June 11, 2020, **[ECF Nos. 8, 9] are DENIED as moot.** Plaintiff is instructed to carefully consider this court's Order Screening Complaint, Severing Claims, and Resolving Pending Motions [ECF No. 5] to determine whether the information with which he sought to supplement the record should be included in an amended complaint.

Dated: June 11, 2020

_____
U.S. District Judge Jennifer A. Dorsey