UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL A. BACON,<br><br>　　　　　　Plaintiff,<br>v.<br><br>CORE CIVIC, *et al.*,<br><br>　　　　　　Defendants. | Case No.  2:20-cv-00914-JAD-VCF<br><br><br><br><br><br><br><br>*and related case* |
| SHANNON K. KANE,<br><br>　　　　　　Plaintiff,<br>v.<br><br>CORE CIVIC, *et al.*,<br><br>　　　　　　Defendants. | Case No.  2:20-cv-01037-GMN-EJY<br><br><br><br><br>REASSIGNMENT ORDER |

　　　　The presiding District Judges in these actions have individually and collectively determined that these actions are related as both involve allegations relating to the novel coronavirus disease ("COVID-19") pandemic and the Nevada Southern Detention Center, and that there is good cause to reassign them to one District Judge pursuant to Local Rule 42-1(b). Additionally, transfer will promote judicial efficiency and will not result in prejudice to the parties.

///

///

///

///

///

It is therefore ordered that Case No. 2:20-cv-01037-GMN-EJY is reassigned to District Judge Jennifer A. Dorsey and Magistrate Judge Cam Ferenbach, and all future pleadings must bear case number 2:20-cv-01037-JAD-VCF.

DATED THIS 23 day of June 2020.

_____  
GLORIA M. NAVARRO  
UNITED STATES DISTRICT JUDGE

_____  
JENNIFER A. DORSEY  
UNITED STATES DISTRICT JUDGE