**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MICHAEL A. BACON,

        Plaintiff,

vs.

CORE CIVIC, *et al.*,

        Defendants.

Case No.: 2:20-cv-914-JAD-VCF

**REFERRAL TO PRO BONO PROGRAM**

      This case is referred to the Pro Bono Program ("Program") adopted in General Order 2019-07 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as pro bono counsel for Michael A. Bacon. The scope of appointment will be for all purposes through the conclusion of trial. By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case. Accordingly,

      **IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

      **IT IS FURTHER ORDERED** that the Clerk forwards this order to the Pro Bono Liaison.

      DATED this 1st day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE