**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MICHAEL A. BACON,

        Plaintiff,

v.

CORE CIVIC, et al.,

        Defendant(s).

2:20-cv-00914-JAD-VCF

**ORDER**

     Before me are Bacon's motion for addresses, class action, and copies (ECF No. 35) and motion for docket sheets and for copies (ECF No. 38). Bacon filed a notice of appeal with the Ninth Circuit Court of Appeals on December 27, 2021. (ECF No. 36). "The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." *Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58, 103 S. Ct. 400, 74 L.Ed.2d 225 (1982); *see also Dayton Indep. Sch. Dist. v. U.S. Mineral Prods. Co.*, 906 F.2d 1059, 1063 (5th Cir. 1990) ("When one aspect of a case is before the appellate court on interlocutory review, the district court is divested of jurisdiction over that aspect of the case. A district court does not have the power to alter the status of the case as it rests before the Court of Appeals.") The district court does not regain jurisdiction over those issues until the court of appeals issues its mandate. *Id*. After the Ninth Circuit rules on the pending appeal, Bacon may seek leave to file these motions.

///

///

ACCORDINGLY,

I ORDER that Bacon's motion for addresses, class action, and copies (ECF No. 35) and motion for docket sheets and for copies (ECF No. 38) are DENIED WITHOUT PREJUDICE.

DATED this 26th day of January 2022.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE