**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MICHAEL A. BACON,

        Plaintiff(s),

v.

CORE CIVIC, et al.,

        Defendant(s).

2:20-cv-914-JAD-VCF

**ORDER**

Before the Court is the motion for copy of court docket (ECF No. 62). Plaintiff is requesting a copy of the docket sheet and a 1983 Civil Rights Complaint packet. He is also notifying the court of a change in address.

Accordingly,

IT IS HEREBY ORDERED that the motion for copy of court docket (ECF No. 62) is GRANTED. The Clerk of Court is directed to mail a copy of the docket sheet and the 1983 Civil Rights Complaint packet to Mr. Bacon.

The Clerk of Court is directed to update Bacon's contact information as listed in ECF No. 62.

DATED this 22nd day of September 2022.

                                                   _____
                                                   CAM FERENBACH
                                                   UNITED STATES MAGISTRATE JUDGE