**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

MICHAEL A. BACON,

           Plaintiff(s),

v.

CORE CIVIC, et al.,

           Defendant(s).

2:20-cv-914-JAD-VCF

**ORDER**

Before the Court is Bacon's second motion for copy of court docket (ECF No. 64). Plaintiff is requesting a copy of the docket sheet and a 1983 Civil Rights Complaint packet. He is also notifying the court of a change in address. On September 22, 2022, the court granted Bacon's first motion for copy of court docket. (ECF No. 63). Here, Bacon is requesting same, but he is providing a new address. Given Bacon's new address, it is uncertain whether he received the order in ECF No. 63.

Accordingly,

IT IS HEREBY ORDERED that the motion for copy of court docket (ECF No. 64) is GRANTED. The Clerk of Court is directed to mail a copy of the docket sheet and the 1983 Civil Rights Complaint packet to Mr. Bacon.

The Clerk of Court is directed to update Bacon's contact information as listed in ECF No. 64.

DATED this 7th day of October 2022.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE