**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

MICHAEL A. BACON,

        Plaintiff(s),

v.

CORE CIVIC, et al.,

        Defendant(s).

2:20-cv-914-JAD-VCF

**ORDER**

Before the Court is Bacon's third motion for copy of court docket (ECF No. 64). Plaintiff is requesting a copy of the docket sheet. He is again notifying the court of a change in address. The court has granted two prior motions for copy of court docket. (ECF No. 63, 65). Here, Bacon is requesting the same, but he is providing a new address. Given Bacon's new address, it is uncertain whether he received the order in ECF No. 63 and 65.

Accordingly,

IT IS HEREBY ORDERED that the motion for copy of court docket (ECF No. 66) is GRANTED. The Clerk of Court is directed to mail a copy of the docket sheet to Mr. Bacon.

The Clerk of Court is directed to update Bacon's contact information as listed in ECF No. 66.

DATED this 1st day of November 2022.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1